# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Chapter 13 |
| Kathryn J Splitt | Case No. 21-07628 |
| Debtor. / | Judge James S Baer |

## CREDITOR'S DECLARATION OF DEBTORS' REQUEST FOR TEMPORARY FORBEARANCE DUE TO THE COVID-19 EMERGENCY

COMES NOW Creditor Lakeview Loan Servicing, LLC (hereinafter "Creditor"), by and through undersigned counsel, and hereby submits this Declaration to the Court as notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor has requested, and Creditor has provided, a temporary suspension of mortgage payments.

Creditor holds a secured interest in real property located at 1467 S. Pembroke Drive, South Elgin IL 60177. The Debtor recently contacted Creditor requesting a forbearance period of six (6) months which allows Debtor to elect to not tender mortgage payments to Creditor that would come due on the mortgage starting April 21, 2021 through September 21, 2021. During this forbearance period, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

Per the request, Debtor will resume post-petition mortgage payments beginning October, 2021 and will be required to cure the delinquency created by the forbearance period. During the forbearance period and up to and including the time when that period ends, Creditor will work with the Debtors, the Debtors' attorney (if applicable) and the bankruptcy

trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval. This Declaration does not constitute an amendment or modification to the Debtors' plan of reorganization, nor does it relieve the Debtors of the responsibility to amend or modify the plan or reorganization to reflect the forbearance agreement, if required.

If Debtor fails to make arrangement to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period. Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Dated July 30, 2021

*/s/Ciro A Mestres*
Ciro A. Mestres, GA Bar No.840253
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
(678) 281-6444
Heather.bock@mccalla.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                                       Chapter 13

Kathryn J Splitt

                      Debtor.                     Case No. 21-07628

_____/

                                                           Judge James S Baer

## **CERTIFICATE OF SERVICE**

       I certify that a true and accurate copy of the foregoing Creditor's Declaration of Debtors' Request for Temporary Forbearance due to the COVID-19-Emergency was served upon the following parties via first class mail or via ECF Notification

Kathryn J Splitt
1467 S Pembroke Drive
South Elgin IL 60177

M.O. Marshall
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
*Via ECF Notification*


David M. Siegel
David M Siegel & Associates
790 Chaddick Drive
Wheeling IL 60090
*Via ECF Notification*

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle IL 60532
*Via ECF Notification*

      This 30th day of July, 2021            By: */s/Ciro A Mestres*
                                                           Ciro A. Mestres
                                                           Attorney for Creditor