# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 21-07628 |
| Kathryn J Splitt | ) Chapter 13 |
| | ) Judge: Janet S. Baer |
| Debtor | ) |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Kathryn J Splitt  
1467 S Pembroke Dr  
South Elgin, IL  60177

DAVID M SIEGEL  
790 CHADDICK DR  
WHEELING, IL  60090

Please take notice that on August 20, 2021 at 10:00 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, and present the Trustee's motion a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**.  No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **160 731 2971** and the passcode is **587656.**  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on August 13, 2021.

801 Warrenville Road, Suite 650  
Lisle, IL  60532-4350  
Ph:  (630) 981-3888

/s/  Jenn Karmia  
FOR: Glenn Stearns, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ) Case No. 21-07628
Kathryn J Splitt ) Chapter 13
) Judge: Janet S. Baer
Debtor )

## MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtor filed a petition under Chapter 13 on Monday, June 21, 2021.
2. The Debtor has failed to:
   a. File amended schedule(s) H.
   b. File an amended plan.
   c. File an amended Form 122C-1 and 122C-2.
   d. Document non-filing spouse's child support obligations.
   e. Provide six months of pay advices.
3. As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650          /s/ Pamela L. Peterson
Lisle, IL 60532-4350                     FOR: Glenn Stearns, Chapter 13 Trustee